ANDREA A. TREECE (CA Bar #237639)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
T: (415) 217-2000
atreece@earthjustice.org

BENJAMIN M. LEVITAN (NY Bar #5215058)
*[Pro Hac Vice forthcoming]*
Earthjustice
48 Wall Street, Floor 15
New York, NY 10005
T: (202) 797-4317
blevitan@earthjustice.org

KRISTEN L. BOYLES (CA Bar #158450)
CHARISA GOWEN-TAKAHASHI (CA Bar #342937)
Earthjustice
810 Third Ave., Suite 610
Seattle, WA 98104
T: (206) 343-7340
kboyles@earthjustice.org
cgowentakahashi@earthjustice.org

*Counsel for Plaintiffs*
*[Additional counsel listed at end]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB, and WILDEARTH GUARDIANS<br><br>    *Plaintiffs*,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE, U.S. DEPARTMENT OF COMMERCE, and NATIONAL MARINE FISHIERIES SERVICE,<br><br>    *Defendants*. | Case No. 3:24-cv-4651<br><br>**NONGOVERNMENTAL CORPORATE DISCLOSURE STATEMENT**<br><br>(Fed. R. Civ. P. 7-1) |

    Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Center for Biological Diversity, Sierra Club, and WildEarth Guardians state that they are nonprofit organizations that do not have a parent corporation and do not issue any stock.

Dated this 1st day of August, 2024.

                            */s/ Andrea A. Treece*
                            Andrea A. Treece (CA Bar #237639)
                            Earthjustice
                            50 California Street, Suite 500

San Francisco, CA 94111
T: (415) 217-2000
atreece@earthjustice.org

Benjamin M. Levitan (NY Bar #5215058)
(*pro hac vice* forthcoming)
Earthjustice
48 Wall Street, Floor 15
New York, NY 10005
T: (202) 797-4317
blevitan@earthjustice.org

Kristen L. Boyles (CA Bar #158450)
Charisa Gowen-Takahashi (CA Bar #342937)
Earthjustice
810 Third Ave., Suite 610
Seattle, WA 98104
T: (206) 343-7340
kboyles@earthjustice.org
cgowentakahashi@earthjustice.org

*Counsel for Plaintiffs Center for Biological Diversity, Sierra Club, and WildEarth Guardians*

*/s/ Ryan Adair Shannon*
Ryan Adair Shannon (OSB #155537)
(*pro hac vice* forthcoming)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
T: (971) 717-6407
rshannon@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity*

CORPORATE DISCLOSURE STATEMENT
Case No. 3:24-cv-4651                    2