UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB, and WILDEARTH GUARDIANS,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE, U.S. DEPARTMENT OF COMMERCE, and NATIONAL MARINE FISHIERIES SERVICE,<br><br>    *Defendants.* | Case No.: 4:24-cv-04651-JST<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO APPEAR AND FILE AMICI CURIAE BRIEF<br><br>Date: October 16, 2025<br>Time: 2:00pm<br>Location: Courtroom 6, 2nd Floor, Oakland<br>Judge: Hon. Jon S. Tigar |

|    |    |
|----|----|
| 1  | Before the Court is the motion filed by nonparties American Farm Bureau Federation, |
| 2  | American Petroleum Institute, National Association of Home Builders of The United States, |
| 3  | National Cattlemen's Beef Association, National Mining Association, Public Lands Council, and |
| 4  | Western Energy Alliance for leave to appear and file a brief as amici curiae, in support of |
| 5  | Defendants' Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary |
| 6  | Judgment ("Motion for Leave"). After full consideration of the Motion for Leave, as well as all |
| 7  | supporting papers and all documents currently on file with the Court, it is hereby ordered that the |
| 8  | Motion for Leave is GRANTED. |
| 9  | IT IS FURTHER ORDERED that the amici curiae brief attached as Exhibit A to the |
| 10 | Motion for Leave is deemed filed as of the date set forth below. |
| 11 | IT IS SO ORDERED |
| 12 |    |
| 13 | Dated:   July 30, 2025 |
| 14 |    |
| 15 | By: /s/ Jon S. Tigar |
| 16 | Hon. Jon S. Tigar |