BENJAMIN M. LEVITAN (NY Bar #5215058)
(*pro hac vice*)
Earthjustice
48 Wall Street, Floor 15
New York, NY 10005
T: (202) 797-4317
blevitan@earthjustice.org

ANDREA A. TREECE (CA Bar #237639)
Earthjustice
180 Steuart St. #194330
San Francisco, CA 94105
T: (415) 217-2000
atreece@earthjustice.org

KRISTEN L. BOYLES (CA Bar #158450)
CHARISA GOWEN-TAKAHASHI (CA Bar #342937)
Earthjustice
810 Third Ave., Suite 610
Seattle, WA 98104
T: (206) 343-7340
kboyles@earthjustice.org
cgowentakahashi@earthjustice.org

*Counsel for Plaintiffs*
*[Additional counsel listed at end]*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB, and WILDEARTH GUARDIANS<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, U.S. FISH AND WILDLIFE SERVICE, U.S. DEPARTMENT OF COMMERCE, and NATIONAL MARINE FISHIERIES SERVICE,<br><br>*Defendants*. | Case No. 4:24-cv-04651-JST<br><br>STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXTENDING THE DEADLINE FOR MOTION ON ATTORNEYS' FEES, COSTS, AND OTHER EXPENSES<br><br>Judge:   Hon. Jon S. Tigar |

Pursuant to Civil Local Rule 6-2, and conforming with Civil Local Rule 7-12, Plaintiffs and Federal Defendants stipulate to and respectfully request that the Court order an extension of the deadline for the filing of a motion and briefing on attorneys' fees, costs, and other expenses as provided by Civil Local Rule 54-5.

Unless otherwise ordered by the Court, Civil Local Rule 54-5 and Fed. R. Civ. P. 54(d)(2)(B) require that a Motion for Attorneys' Fees be filed and served within 14 days of entry of judgment by the District Court. Given this Court's entry of judgment on March 30, 2026 (ECF No. 63), Plaintiffs' attorneys' fees motion would be due on April 13, 2026, under those rules. Through this stipulation, the Parties have agreed to extend this deadline until 30 days following the deadline for any appeal, or, if any appeal is noticed, 30 days following the U.S. Court of Appeals for the Ninth Circuit's mandate related to any appeal. The Parties request that the Court enter an order adopting this stipulation.

Good cause exists to adopt this stipulation. Granting the requested extension will facilitate efficient resolution of Plaintiffs' claim for attorneys' fees, costs, and other expenses in light of the time remaining for the parties to notice an appeal of this Court's judgment pursuant to Fed. R. App. P. 4(a)(1)(B), as a fee motion filed within the ordinary 14-day timeframe specified by Fed. R. Civ. P. 54(d)(2)(B) and Civil Local Rule 54-5 could be superseded by a later-filed notice of appeal.

In the event that no appeal is filed or that the final disposition of any such appeal is in Plaintiffs' favor, granting the requested extension will promote efficiency and judicial economy by allowing time for Plaintiffs and the Federal Defendants to pursue settlement discussions aimed at resolving Plaintiffs' claim for fees and costs without the need for this Court's adjudication of any disputed issues. Similarly, if an appeal is filed and the final disposition is in Defendants' favor, granting the requested extension may alleviate the Court's need to resolve a motion for fees and costs.

Accordingly, the Parties respectfully request the Court adopt this stipulation and enter an order extending the deadline to file any motion for attorneys' fees, costs, and other expenses

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR MOTION ON ATTORNEYS' FEES, COSTS, AND OTHER EXPENSES
Case No. 4:24-cv-04651-JST                    2

until 30 days following the deadline for an appeal, or, if an appeal is noticed, 30 days following the entry of the Ninth Circuit's mandate resolving any appeal.

Respectfully submitted this 13th day of April, 2026.

/s/ Benjamin M. Levitan
Benjamin M. Levitan (NY Bar #5215058)
(pro hac vice)
Earthjustice
48 Wall Street, Floor 15
New York, NY 10005
T: (202) 797-4317
blevitan@earthjustice.org

Andrea A. Treece (CA Bar #237639)
Earthjustice
180 Steuart St. #194330
San Francisco, CA 94105
T: (415) 217-2000
atreece@earthjustice.org

Kristen L. Boyles (CA Bar #158450)
Charisa Gowen-Takahashi (CA Bar #342937)
Earthjustice
810 Third Ave., Suite 610
Seattle, WA 98104
T: (206) 343-7340
kboyles@earthjustice.org
cgowentakahashi@earthjustice.org

Counsel for Plaintiffs Center for Biological Diversity, Sierra Club, and WildEarth Guardians

/s/ Ryan Adair Shannon
Ryan Adair Shannon (OSB #155537)
(pro hac vice)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
T: (971) 717-6407
rshannon@biologicaldiversity.org

Attorney for Plaintiff Center for Biological Diversity

ADAM R.F. GUSTAFSON, Principal Deputy
    Assistant Attorney General

/s/ John H. Martin
MICHAEL R. EITEL, Acting Assistant Chief
JOHN H. MARTIN, Senior Trial Attorney
U.S. Department of Justice

Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace 600
Denver, Colorado 80202
Tel: 303-844-1479 (Eitel); 303-319-5359 (Martin)
Email: Michael.Eitel@usdoj.gov;
Email: John.h.martin@usdoj.gov

ANGELA N. ELLIS, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
150 M Street NE
Washington, D.C. 20002
Tel: (202) 305-0479
Email: Angela.Ellis@usdoj.gov

*Attorneys for Federal Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 15, 2026

_____
The Honorable Jon S. Tigar
United States District Judge

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXTENDING THE DEADLINE FOR MOTION ON ATTORNEYS'
FEES, COSTS, AND OTHER EXPENSES
Case No. 4:24-cv-04651-JST                4