ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
MICHAEL R. EITEL, Acting Assistant Chief
JOHN H. MARTIN, Senior Trial Attorney
Wildlife & Marine Resources Section
999 18th Street, North Terrace 600
Denver, Colorado 80202
Tel: 303-844-1479 (Eitel); 303-844-1383 (Martin)
Email: Michael.Eitel@usdoj.gov;
Email: John.H.Martin@usdoj.gov

ANGELA N. ELLIS, Trial Attorney
Natural Resources Section
150 M Street NE
Washington, D.C. 20002
Tel:  (202) 305-0479
Email: Angela.Ellis@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (Oakland)

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>          Federal Defendants. | Case No. 4:24-cv-04651-JST<br><br>   Related Case: 4:19-cv-5206-JST<br><br>**DEFENDANTS' NOTICE OF APPEAL** |

Please take notice that Defendants U.S. Department of the Interior, U.S Fish and Wildlife Service, U.S. Department of Commerce, and the National Marine Fisheries Service hereby timely appeal to the U.S. Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. § 1291 and Federal Rule of Appellate Procedure 4(a)(1) from the Order and Final Judgment entered in this action on March 30, 2026. ECF Nos. 62 & 63.

A Representation Statement is attached hereto pursuant to Ninth Circuit Rule 3-2(b).

Respectfully submitted this May 29, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

*/s/ John H. Martin*
MICHAEL R. EITEL, Acting Assistant Chief
JOHN H. MARTIN, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace 600
Denver, Colorado 80202
Tel: 303-844-1479 (Eitel); 303-844-1383 (Martin)
Email: Michael.Eitel@usdoj.gov;
Email: John.h.martin@usdoj.gov

ANGELA N. ELLIS, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
150 M Street NE
Washington, D.C. 20002
Tel:  (202) 305-0479
Email: Angela.Ellis@usdoj.gov

*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

/s/ John H. Martin
JOHN H. MARTIN
Trial Attorney
U.S. Department of Justice