ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
MICHAEL R. EITEL, Acting Assistant Chief
JOHN H. MARTIN, Senior Trial Attorney
Wildlife & Marine Resources Section
999 18th Street, North Terrace 600
Denver, Colorado 80202
Tel: 303-844-1479 (Eitel); 303-844-1383 (Martin)
Email: Michael.Eitel@usdoj.gov;
Email: John.H.Martin@usdoj.gov

ANGELA N. ELLIS, Trial Attorney
Natural Resources Section
150 M Street NE
Washington, D.C. 20002
Tel:  (202) 305-0479
Email: Angela.Ellis@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (Oakland)

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, et al., <br><br> Federal Defendants. | Case No. 4:24-cv-04651-JST <br><br> Related Case: 4:19-cv-5206-JST <br><br> **REPRESENTATION STATEMENT** |

Pursuant to Circuit Rules 3-2 and 12-2, Defendants provide this Representation Statement of parties and counsel to this action:

**Counsel for Plaintiffs Center For Biological Diversity, Sierra Club, WildEarth Guardians**

**Kristen Lee Boyles**
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
(206) 343-7340 x33
Email: kboyles@earthjustice.org

**Ryan Adair Shannon**
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
(971) 717-6407
Email: rshannon@biologicaldiversity.org

**Benjamin Michael Levitan**
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
(202) 797-4317
Email: blevitan@earthjustice.org

**Charisa Gowen-Takahashi**
810 3rd Avenue
Suite 610
Seattle, WA 98104
(206) 734-4200
Email: cgowentakahashi@earthjustice.org

**Andrea A. Treece**
Earthjustice
180 Steuart St. #194330
San Francisco, CA 94105
(415) 217-2000
Email: atreece@earthjustice.org

**Counsel for Defendants U.S. Department of the Interior, U.S. Fish and Wildlife Service, U.S. Department of Commerce, and the National Marine Fisheries Service**

**Christopher Hair**
Appellate Section
Environment & Natural Resources Division
United States Department of Justice
Post Office Box 7415
Washington, D.C. 20044
christopher.hair@usdoj.gov (202) 598-9583
Email: christopher.hair@usdoj.gov

**Counsel for Amicus American Farm Bureau Federation, American Petroleum Institute, National Association of Home Builders of the United States, National Cattlemens Beef Association, National Mining Association, Public Lands Council, and Western Energy Alliance**

**Jay Christopher Johnson**
Venable LLP
600 Massachusetts Ave. NW
Washington, DC 20001
(202) 344-4000
Email: jcjohnson@venable.com

**Tyler Guy Welti**
Venable LLP
101 California Street
Suite 3800
San Francisco, CA 94111
(415) 653-3750
Email: TGWelti@Venable.com

Respectfully submitted this May 29, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

*/s/ John H. Martin*
MICHAEL R. EITEL, Acting Assistant Chief
JOHN H. MARTIN, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section

Fed. Defs.' Representation Statement
Case No 3:24-cv-04651-JST                                                2

999 18th Street, North Terrace 600
Denver, Colorado 80202
Tel: 303-844-1479 (Eitel); 303-844-1383 (Martin)
Email: Michael.Eitel@usdoj.gov;
Email: John.h.martin@usdoj.gov

ANGELA N. ELLIS, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
150 M Street NE
Washington, D.C. 20002
Tel:  (202) 305-0479
Email: Angela.Ellis@usdoj.gov

*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ John H. Martin*
JOHN H. MARTIN
Trial Attorney
U.S. Department of Justice
